# EXHIBIT "B"

### STEVEN S. BISS
ATTORNEY AT LAW
300 WEST MAIN STREET, SUITE 102
CHARLOTTESVILLE, VIRGINIA 22903
TELEPHONE: 804-501-8272
FAX: 202-318-4098
EMAIL: stevenbiss@earthlink.net
stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

MATTER NO.

231-001

May 13, 2019

**Private and Confidential**

**VIA EMAIL (teribuhl@gmail.com, usc4teri@gmail.com) AND REGULAR MAIL**

Teri Buhl
1725 York Avenue, #30G
New York, NY 10128

**RE:** **Kesner v. Buhl**

## NOTICE PURSUANT TO FLA. STAT. 770.01
## AND TO PRESERVE ELECTRONIC FILES

**Please be advised that this Notice is intended to place you on notice to preserve all documents and electronically-stored information ("ESI"), including, without limitation, physical and electronic files, emails, texts, direct messages, iMessages, voicemails, audio and video recordings, social media accounts (e.g., Twitter, YouTube, and Facebook), and/or other electronic data.**

Dear Ms. Buhl:

I represent Harvey J. Kesner ("Kesner") in connection with his claims against you for defamation, commercial disparagement, deceptive acts and unfair practices in trade and commerce, and tortious interference with business, arising out of scandalous statements of and concerning Mr. Kesner that you published in 2018 and 2019.

Fla. Stat. § 770.01 provides that before any civil action is brought for publication in a newspaper, periodical, or other medium, of a libel or slander, the plaintiff "shall, at least 5 days before instituting such action, serve notice in writing on the defendant, specifying the article or broadcast and the statements therein which he or she alleges to be false and defamatory."

You engage in "Smashmouth Investigative Journalism". You republished an article in Barron's that contained the false and defamatory statement that Mr. Kesner was at the "Center" of a "pump-and-dump". [https://www.teribuhl.com/2019/04/11/hudson-bay-capital-tied-to-barry-honig-pump-and-dump-ring-mabvax-mbvx/ ("Bill Alpert of Barron's wrote a well read and detailed story about the lawsuit called "*The Lawyer at the Center of the SEC Pump and Dump Case*"")]. Between 2018 and the present, you targeted Mr. Kesner in a barrage of repeated defamation, both on your website, http://www.teribuhl.com/ and via your Twitter account, https://twitter.com/buhlreports (@buhlreports). On September 5, 2018, you falsely stated in a blog on your website that the removal of Mr. Kesner's name from law firm Sichenzia Ross Ference "could signal an SEC charge or settlement coming in the near future". You also suggested that Mr. Kesner moved to Florida because of "judgments or government fines" or with the expectation of receiving an "SEC fine". You further insinuated that Mr. Kesner was involved in the sale of unregistered securities. You blogged, "I believe there could be issues of unregistered shares being sold or restricted shares being released when they should be held in restriction. It's hard to get restricted stock to the DTC for free trading unless you have a friendly transfer agent[1] not doing due diligence on if the shares are legal to trade in the first place." [http://www.teribuhl.com/2018/08/29/kesners-out-why-is-barry-honigs-securities-lawyer-retiring/]. On October 31, 2018, after publication of the Barron's article, you published the following false statements about Mr. Kesner in a blog on your website:

> "His [Barry Honig's] crew of alleged bad actors – Team Honig – has been chronicled for years here at *TERIBUHL.com* and by Chris Carey at *Sharesleuth* and Bill Albert at *Barron's*. It consists of biotech billionaire and philanthropist Philip Frost, his fellow co-investing partners Michael Brauser/John O'Rourke/Marc Groussman, John Ford – the promoter who wrote favorable analysis on stocks, priming them for the 'pump' of Honig's 'pump and dump' – and Harvey Kesner, a deal lawyer from SIRF LLP linked to a number of Honig's investments."

[https://www.teribuhl.com/2018/10/31/honig-deals-lead-to-finra-investigation-of-laidlaw-co/]. On March 26, 2019, you falsely published in a blog on your website that Mr. Kesner was "pushed out of his law firm as a named partner last year". You labeled Kesner a "bad actor". [http://www.teribuhl.com/2019/03/26/honigs-puppet-ceo-elliot-maza-settles-with-the-sec/]. On March 27, 2019, you falsely accused Mr. Kesner of engaging in "illegal back room deals and intimidation" of "BioZone":

---

[1] You falsely implied that Kesner lied in filings with the SEC and that he was really in control of the transfer agent, Equity Stock Transfer. You stated that "it's very likely Bhansali is a puppet CEO".



[https://twitter.com/buhlreports/status/1110899384504467457].  On April 11, 2019, you repeated the misrepresentation that "attorney Kesner was removed from the New York Law firm that bore his name Sichenzia, Ross, Ference, Kesner LLP".  You further insinuated that Mr. Kesner was part of "Team Honig" – a pump-and-dump "ring" – and that Mr. Kesner had engaged in wrongdoing for which he could be disbarred.  You falsely stated that "Kesner has disappeared from the microcap stock scene since the SEC brought their enforcement action but has not been bared [sic] as an attorney.  It's unclear if he is a confidential informant for the government or if charges will be brought against him in the future."  [http://www.teribuhl.com/2019/04/11/hudson-bay-capital-tied-to-barry-honig-pump-and-dump-ring-mabvax-mbvx/].

3

As you well know, your actions and false statements have injured Mr. Kesner's business and reputation.

Mr. Kesner intends to file suit against you to recover damages for the injuries you inflicted upon him.

You statements were not published in good faith. The falsity was not due to an honest mistake of the facts. There were no reasonable grounds for believing that your statements were true.

**Mr. Kesner hereby demands that, within 10 days of the date of this letter, you publish on your website and on your Twitter homepage/timeline, @buhlreports, a full and fair correction, apology, and retraction of the false statements detailed above.**

Documentation and electronic data will be the subject of discovery in the forthcoming action and destruction or loss of evidence can be considered spoliation, which may result in civil penalties. Accordingly, the following actions should be taken to preserve ESI and other electronic data created before and since you have received this letter, pending a resolution of Mr. Kesner's claims:

1. If cell phones or personal computers are changed or replaced, the old cell phone (and sim card) and computer must be preserved;

2. Please do not destroy or alter any ESI or electronic data or handle ESI/electronic data in such a way that may result in changes to or loss of any ESI or electronic data;

3. Do not delete, modify or alter in any way information posted to your website, www.teribuhl.com/, or to any Twitter account to operate or control, including @buhreports and @tbuhl.

4. Do not close out, cancel, delete, or alter any social media accounts, including Twitter, YouTube, Facebook, or other social media related accounts;

5. Do not close out, cancel, delete, or alter any PayPal accounts or other accounts pursuant to which you receive donations or funding for your smashmouth journalism;

6. Retain any electronic hardware and all emails, logs and histories of email usage, text messages, posts, instant and direct messages, electronic files or file fragments.

7. Preserve and protect all files and documents, including emails, text messages, direct messages, and iMessages, obtained from any source for or relating to your website, articles, blogs and statements.

4

You may wish to create a mirror image of any computers (including laptops, iPhones, Blackberry and Android devices and/or other smart phones) to assure preservation.

Your preservation obligations include providing a copy of this letter to any partners and associates, and any other persons or entities responsible in any way for ESI or electronic data or physical information referred to in this letter.

Thank you for your assistance. Call or email me if you have any questions.

Yours very truly,

*/s/ Steven S. Biss*

Steven S. Biss

cc.   Harvey J. Kesner
      Milo Silberstein, Esq.