AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Harvey Kesner | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | | 19-cv-61370-RNS |
| Barron's, Inc. William Alpert, and Teri Buhl | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William "Bill" Alpert
c/o Joseph Weissman, Esq.
1211 Avenue of the Americas
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert C. Buschel
Buschel Gibbons, P.A.
100 S.E. Third Avenue
Suite 1300
Fort Lauderdale, FL 33394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 05/31/2019

Angela E. Noble
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| Harvey Kesner | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) 19-cv-61370-RNS |
| Barron's, Inc. William Alpert, and Teri Buhl | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Barron's, Inc.
c/o Joseph Weissman, Esq.
1211 Avenue of the Americas
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert C. Buschel
Buschel Gibbons, P.A.
100 S.E. Third Avenue
Suite 1300
Fort Lauderdale, FL 33394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



**SUMMONS**

Date: 05/31/2019

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |
|---|---|
| Harvey Kesner <br><br> *Plaintiff(s)* <br> v. <br> Barron's, Inc. <br> William Alpert, and <br> Teri Buhl <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> 19-cv-61370-RNS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Teri Buhl
1725 York Avenue, #30G
New York, NY 10128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert C. Buschel
Buschel Gibbons, P.A.
100 S.E. Third Avenue
Suite 1300
Fort Lauderdale, FL 33394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Alex Rodriguez*

Deputy Clerk
U.S. District Courts

Date: 05/31/2019

Angela E. Noble
Clerk of Court