UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Rodney Smith**

| | |
|---|---|
| Dolan v. JetBlue Airways Corporation | Case No: 18-cv-62193 |
| Tabares v. Sahara Autosports. Inc et al | Case No: 18-cv-62392 |
| Ohayon v. Equifax Information Services, LLC et al | Case No: 18-cv-62505 |
| Chin v. North Broward Hospital District | Case No: 18-cv-62692 |
| Inal v. United States of America | Case No: 18-cv-62785 |
| Schiano v. Salkin | Case No: 19-cv-60015 |
| Michael Kors, L.L.C. v. Elizabeth Tursi | Case No: 19-cv-60223 |
| Shaheen et al v. Touizer et al | Case No: 19-cv-60942 |
| Internet Media Interactive Corp. v. The Children's Place, Inc. | Case No: 19-cv-61171 |
| Betit v. Codefied, Inc. | Case No: 19-cv-61363 |
| Kesner v. Barron's, Inc. et al | Case No: 19-cv-61370 |
| Kennedy v. Hollywood Beachfront Townhomes South, LLC | Case No: 19-cv-61391 |
| Philippe v. Hickey et al | Case No: 18-cv-62786 |
| Rey et al v. Ocwen Loan Servicing, LLC | Case No: 19-cv-60706 |
| Griffin v. State of Florida et al | Case No: 19-cv-60877 |
| Zarad v. Equifax Information Services, LLC et al | Case No: 19-cv-60908 |
| Reddick v. Akima Global Services, LLC | Case No: 19-cv-61067 |
| Fresh Results LLC v. MRB Enterprise, Inc. | Case No: 19-cv-61137 |
| Bayliss v. North Broward Hospital District | Case No: 19-cv-61259 |
| Tillman v. Complete Credit Solutions, Inc. et al | Case No: 19-cv-61276 |

**ORDER OF REASSIGNMENT**

     The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Rodney Smith.**

     Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the

policy established by the Judges of the Southern District of Florida (*See* Internal Operating Procedures, Section 2.05.03–2.05.04).  It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Rodney Smith** as of **June 17, 2019** for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by District Judge Rodney Smith. It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by District Judge Rodney Smith It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **RS** in lieu of the present initials.

DONE and ORDERED at Miami, Florida, in chambers on June 17, 2019.

_____
Robert N. Scola, Jr.
United States District Judge


Cc: All counsel and pro se parties.