UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-61370-CIV-SMITH/VALLE

HARVEY J. KESNER,

    Plaintiff,

vs.

BARRON'S, INC., et al.,

    Defendants.

_____/

## DECLARATION OF BOB ROSE

I, Bob Rose, declare as follows:

1. I am employed by Dow Jones & Company, Inc. ("Dow Jones") as the Executive Editor of *Barron's*. I am familiar with the facts herein and make this declaration from my own personal knowledge and information.

2. *Barron's* is an investment publication of Dow Jones. *Barron's* is not a separate legal entity from Dow Jones. Dow Jones is headquartered in New York City at 1211 6th Avenue, New York, NY 10036. Dow Jones operates and publishes *Barron's* from its headquarters in New York. Dow Jones also operates the www.barrons.com website from its headquarters in New York.

3. The October 4, 2018 article titled "The Lawyer at the Center of the SEC Pump-and-Dump Case" and referenced in the Complaint ("Article") was published on the *Barron's* website, www.barrons.com. The Article was uploaded from New York onto servers for the *Barron's* website hosted by Amazon Web Services on servers in Virginia and Oregon. The

Article was not published in the print version of *Barron's*.

4. The writing, editing and all of the work done to prepare the Article for publication occurred at Dow Jones's office in New York. Documents related to the writing, editing and publishing of the Article are located at Dow Jones's office in New York.

5. The *Barron's* website allows online subscribers to comment on articles at the bottom of the page. There are no comments associated with the Article at issue.

6. The Article was authored by *Barron's* senior writer Bill Alpert in New York and edited by David Schutt, an Assistant Managing Editor for *Barron's* in New York, and Dan Hirschhorn, the Editorial Director for *Barron's* digital in New York.

7. The ultimate decision to publish the Article and upload the Article to the Barron's website was made by Mr. Schutt, in consultation with Mr. Hirschhorn. Such decisions are beyond the authority of Mr. Alpert.

8. Dow Jones does not employ, nor is in any way associated with, Defendant Teri Buhl and her online news publication.

9. The *Barron's* Twitter account is run out of Dow Jones's New York office.

10. The only Dow Jones employee that works for the *Barron's* news department in Florida is a part-time copy editor who works out of his home. He did not have any involvement with the Article.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 26, 2019

*Bob Rose*

Bob Rose