**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-61370-CIV-SMITH/VALLE

HARVEY J. KESNER,

    Plaintiff,

vs.

BARRON'S, INC., et al.,

    Defendants.

_____/

## NOTICE OF CORRECTED FILING

    Corrected copies of Composite Exhibits A through F to the Declaration of Natalie J. Spears (ECF Nos. 26-1 to 26-6) are being filed to fix a technical issue to show the highlighting on the exhibits in color (yellow); when these exhibits were originally uploaded to the ECF system, the yellow highlighting on the original copies was automatically converted to greyscale for some unknown reason. The exhibits have been saved in a new format and there are no other substantive changes to the exhibits. There are no changes to the Declaration of Natalie J. Spears (ECF No. 26); it is only being refiled herewith for ease of reference.

Dated: August 27, 2019

    Respectfully submitted,

| | |
|---|---|
| /s/ *Natalie J. Spears* | /s/ *Rachel E. Fugate* |
| Natalie J. Spears (*pro hac vice*) | Rachel E. Fugate (Florida Bar. No. 144029) |
| Gregory R. Naron (*pro hac vice*) | Kendall O. Pfeifer (Florida Bar No. 105445) |
| Jacqueline A. Giannini (*pro hac vice*) | SHULLMAN FUGATE PLLC |
| DENTONS US LLP | 2101 Vista Parkway, Suite 4006 |
| 233 S. Wacker Dr. | West Palm Beach, FL 33411 |
| Chicago, IL 60606 | Telephone: (561) 429-3619 |
| Telephone: (312) 876-8000 | rfugate@shullmanfugate.com |
| natalie.spears@dentons.com | kpfeifer@shullmanfugate.com |
| gregory.naron@dentons.com | |
| jacqui.giannini@dentons.com | *Attorneys for Defendant Dow Jones & Company, Inc.* |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 27, 2019, a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties of record on the service list and by U.S. Mail on Defendant Teri Buhl, 1725 York Avenue #30G, New York, NY 10128
.

                                     /s/ *Rachel E. Fugate*
                                     Rachel E. Fugate
                                     Florida Bar No. 0144029

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-61370-CIV-SMITH/VALLE

HARVEY J. KESNER,

    Plaintiff,

vs.

BARRON'S, INC., et al.,

    Defendants.

_____/

**DECLARATION OF NATALIE J. SPEARS**

I, Natalie J. Spears, declare as follows:

1. I am a partner at Dentons US LLP, counsel to Defendants Dow Jones & Company, Inc. (erroneously named as Barron's, Inc.) ("Dow Jones") and William Alpert in this action. I submit this declaration in support of Dow Jones's Motion to Dismiss for Improper Venue or in the Alternative to Transfer Venue, or to Dismiss for Failure to State a Claim. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. Attached hereto as Composite Exhibit A are the following: Table A describing documents publicly filed with the Securities and Exchange Commission ("SEC") that show the identity of the three companies identified as Companies A, B and C in the Complaint in *Securities and Exchange Commission v. Honig, et al.*, No. 1:18-cv-08175 (S.D. N.Y.) ("SEC Action"); and Exhibits A1 - A5, which are true and correct copies of the relevant excerpts from those publicly filed documents. Links to the full versions of the documents, publicly available on the SEC's EDGAR website, can be found in Table A and are repeated on the cover pages of Exhibits A1 - A5.

3. Attached hereto as Composite Exhibit B are the following: Table B describing documents publicly filed with the SEC establishing that the three companies identified as Companies A, B and C in the SEC Action were represented by Sichenzia Ross Ference Kesner LLP; and Exhibits B1 - B8, which are true and correct copies of the relevant excerpts from those publicly filed documents. Links to the full versions of the documents, publicly available on the SEC's EDGAR website, can be found in Table B and are repeated on the cover pages of Exhibits B1 - B8.

4. Attached hereto as Composite Exhibit C are the following: Table C describing documents publicly filed with the SEC establishing that two of the companies identified in the SEC Action used Equity Stock Transfer as their transfer agent; and Exhibits C1 - C2, which are true and correct copies of the relevant excerpts from those publicly filed documents. Links to the full versions of the documents, publicly available on the SEC's EDGAR website, can be found in Table C and are repeated on the cover pages of Exhibits C1 - C2.

5. Attached hereto as composite Exhibit D are the following: Table D describing documents publicly filed with the SEC establishing that Plaintiff Harvey Kesner controlled and financed Equity Stock Transfer; and Exhibits D1 - D2, which are true and correct copies of the relevant excerpts from those publicly-filed documents. Links to the full versions of the documents, publicly available on the SEC's EDGAR website, can be found in Table D and are repeated on the cover pages of the Exhibits D1 - D2.

6. Attached hereto as Composite Exhibit E are the following: Table E describing documents publicly filed with the SEC establishing that more than two dozen of the companies in which the Defendants in the SEC Action invested used Plaintiff Harvey Kesner as their attorney; and Exhibits E1 - E25, which are true and correct copies of the relevant excerpts from

those publicly filed documents. Links to the full versions of the documents, publicly available on the SEC's EDGAR website, can be found in Table E and are repeated on the cover pages of Exhibits E1 - E25.

7. Attached hereto as Composite Exhibit F are the following: Table F describing documents publicly filed with the SEC establishing that several of the companies in which the Defendants in the SEC Action invested also used Equity Stock Transfer as their transfer agent; and Exhibits F1 - F9, which are true and correct copies of the relevant excerpts from those publicly filed documents. Links to the full versions of the documents, publicly available on the SEC's EDGAR website, can be found in Table E and are repeated on the cover pages of Exhibits F1 - F9.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 26, 2019

_____
Natalie J. Spears