IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

Case No. 19-61370-CIV-SMITH/VALLE

| | |
|---|---|
| HARVEY J. KESNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 0:19-cv-61370-RS |
| ) | |
| ) | |
| BARRON'S, INC. ) | |
| et al ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ELECTION TO JURISDICTION
# BY A UNITED STATES MAGISTRATE JUDGE FOR
# FINAL DISPOSITION OF MOTIONS

Plaintiff, Harvey J. Kesner, by counsel, in accordance with the provisions of Title 28 U.S.C. § 636(c), hereby voluntarily elects to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. **Motions to Dismiss**            Yes_____   No___X___
2. **Motions for Summary Judgment**   Yes_____   No___X___
3. **Motions for Attorneys' Fees**    Yes_____   No___X___
4. **Motions for Costs**              Yes_____   No___X___
5. **Motions for Sanctions**          Yes_____   No___X___
6. **All Pretrial Motions**           Yes_____   No___X___
7. **Discovery**                      Yes___X___   No_____
8. **Other** (*explain below*)        Yes_____   No___X___

1

Plaintiff does not consent to assignment and referral of the case to a Magistrate Judge for Trial.

DATED:      September 6, 2019

                HARVEY J. KESNER

By:   */s/ Robert C. Buschel*
      Robert C. Buschel, Esq.
      Florida Bar No. 0063436
      BUSCHEL GIBBONS, P.A.
      One Financial Plaza
      100 S.E. Third Avenue, Suite 1300
      Fort Lauderdale, Florida 33394
      Tele: (954) 530-5301
      **Buschel@BGlaw-pa.com**

*Counsel for the Plaintiff*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:    (804) 501-8272
Facsimile:    (202) 318-4098
Email:        **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*
*(Application for Admission Pro Hac Vice*
    *To be Filed)*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Parties and all interested parties receiving notices via CM/ECF, and copy was emailed to Defendant Buhl.

By: */s/ Robert C. Buschel*
Robert C. Buschel, Esq.
Florida Bar No. 0063436
BUSCHEL GIBBONS, P.A.
One Financial Plaza
100 S.E. Third Avenue, Suite 1300
Fort Lauderdale, Florida 33394
Tele: (954) 530-5301
**Buschel@BGlaw-pa.com**

*Counsel for the Plaintiff*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*
*(Application for Admission Pro Hac Vice*
      *To be Filed)*