UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-61370-CIV-SMITH/VALLE

HARVEY J. KESNER,

    Plaintiff,

vs.

BARRON'S, INC., et al.,

    Defendants.

_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

The parties, Plaintiff, Harvey J. Kesner, Defendants Dow Jones and Company, Inc. ("Dow Jones")[1] and William Alpert (collective, "Dow Jones Defendants"), through their respective undersigned counsel, and Defendant Teri Buhl, pro se,[2] in accordance with the provisions of Title 28 U.S.C. § 636(c), hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. **Motions to Dismiss**            Yes_____ No __X__

2. **Motions for Summary Judgment**  Yes_____ No __X__

3. **Motions for Attorneys' Fees**   Yes_____ No __X__

4. **Motions for Costs**             Yes_____ No __X__

---

[1] Named Defendant Barron's, Inc. is not a legal entity. *Barron's* is a publication of Dow Jones. Dow Jones is the proper Defendant in this action.

[2] By agreement of all parties, individual Defendant Bill Alpert, through counsel, and individual Defendant Teri Buhl, pro se, submit this form with full reservation of all rights to contest personal jurisdiction and proper venue; and Defendant Dow Jones with full reservation of rights to contest proper venue. Further, Plaintiff stipulates that such participation is not a waiver of any rights to contest personal jurisdiction or venue.

1

| | | | |
|---|---|---|---|
| 5. | **Motions for Sanctions** | Yes_____ | No__X__ |
| 6. | **All Pretrial Motions** | Yes_____ | No__X__ |
| 7. | **Discovery** | Yes__X__ | No_____ |
| 8. | **Other (*explain below*)** | Yes_____ | No__X__ |

The parties do not consent to assignment and referral of the case to a Magistrate Judge for Trial.

Dated: September 6, 2019                                            Respectfully submitted,

**By:**     /s/ *Robert C. Buschel*                              /s/ *Rachel E. Fugate*

Robert C. Buschel                                                           Rachel E. Fugate
(Florida Bar No. 0063436)                                            (Florida Bar. No. 144029)
BUSCHEL GIBBONS, P.A.                                            Kendall O. Pfeifer
One Financial Plaza                                                       (Florida Bar No. 105445)
100 S.E. Third Avenue, Suite 1300                              SHULLMAN FUGATE PLLC
Fort Lauderdale, FL 33394                                           2101 Vista Parkway, Suite 4006
Tel: (954) 530-5301                                                         West Palm Beach, FL 33411
Buschel@BGlaw-pa.com                                              Telephone: (561) 429-3619
                                                                                          rfugate@shullmanfugate.com
Steven S. Biss (VSB # 32972)                                       kpfeifer@shullmanfugate.com
300 West Main Street, Suite 102
Charlottesville, Virginia 22903                                     Natalie J. Spears (*pro hac vice*)
Tel: (804) 501-8272                                                        Gregory R. Naron (*pro hac vice*)
stevenbiss@earthlink.net                                              Jacqueline A. Giannini (*pro hac vice*)
                                                                                          DENTONS US LLP
*Attorneys for Plaintiff*                                                    233 S. Wacker Dr.
                                                                                          Chicago, IL 60606
                                                                                          Telephone: (312) 876-8000
                                                                                          natalie.spears@dentons.com
                                                                                          gregory.naron@dentons.com
                                                                                          jacqui.giannini@dentons.com

                                                                                          *Attorneys for Defendants Dow Jones*
                                                                                           *& Company, Inc. and William Alpert*

    /s/ *Teri S. Buhl*

1725 York Avenue, Apt. 30G
New York, NY 10128
teribuhl@gmail.com

2