UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Harvey J. Kesner,

Plaintiff,

Case No. 0:19-CV-61370-CIV-SV

Teri Buhl

William "Bill" Alpert

Barron's INC., et al.

Defendants.

---------------|

DEFENDANT TERI BUHL'S JOINDER IN JOINT MOTION OF ALL DEFENDANTS

TO DISMISS FOR IMPROPER VENUE OR TRANSFER

Defendant Teri Buhl hereby joins in the Joint Motion with All Defendants to Dismiss for Improper Venue or Transfer, and Incorporated Memorandum of Law, filed by Defendant William Alpert, and respectfully requests that this Court dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue, or in the alternative, transfer this action to the District Court for the Southern District of New York pursuant to 28 U.S.C. 1404(a). In support of this Joinder, I submit the attached Declaration of Teri Buhl.

Dated: September 30, 2019

Respectfully submitted,

Teri Buhl

*Teri Buhl* (signature)